FILED
CLERK, U.S. DISTRICT COURT

DEC 29 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHON DUPRIEH BROOKS,<br><br>             Plaintiff,<br><br>    vs.<br><br>C. MANCILLA, et al.,<br><br>             Defendants. | Case No. CV 09-1231-JFW (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Second Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Second Superseding Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: 12/29/11

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE