JS6

FILED
CLERK, U.S. DISTRICT COURT

DEC 29 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHON DUPRIEH BROOKS,<br><br>    Plaintiff,<br><br>vs.<br><br>C. MANCILLA, et al.,<br><br>    Defendants. | Case No. CV 09-1231-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered and that this action is dismissed with prejudice.

DATED: 12/29/10

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE